NAME June Thepsombandith

PRISON NUMBER E12479

C-1-111. P.O. Box. 921
Centinela State Prison
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Imperial, Ca. 92251-921.

CITY, STATE, ZIP CODE



FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

June Thepsombandith:
(FULL NAME OF PETITIONER)

PETITIONER

v.

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

V. M. ALMAGER
( WARDEN )                    RESPONDENT
                and

The Attorney General of the State of
California, Additional Respondent.

Civil No. '08 CV 1172  JLS (PCL)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   SUPERIOR COURT; COUNTY OF SAN DIEGO

2. Date of judgment of conviction: January 17-2006.

3. Trial court case number of the judgment of conviction being challenged:
   (Superior Court No. SCD189842)

4. Length of sentence: 24 years.

2254 ✓  1983 ___
FILING FEE PAID
Yes ✓  No ___
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

CIV 68 (Rev. Dec. 1998)                    ::ODMA\PCDOCS\WORDPERFECT22833\1

5. Sentence start date and projected release date: January-17-2006 projected 24 years later= 2030.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): (counts 1 and 2 P.C. 246.3) count 3 P.C. 12021 subdivision(a)(1) & 12316(b)(1) count 4 and 5 P.C. 245(a)(1) and P.C. 12022.7(a)

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE).
   (a) Jury ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the <u>California Court of Appeal</u>?
    ☒ Yes ☐ No

11. If you appealed in the <u>California Court of Appeal</u>, answer the following:
    (a) Result: Affirmed as modified.
    (b) Date of result, case number and citation, if known:
        DEC-12-2006, (Super.Ct.No. SCD189842) D047885
    (c) Grounds raised on direct appeal: THE PROSECUTOR COMMITTED MISCONDUCT IN ARGUMENT!, AND, ENHANCEMENTS

12. If you sought further direct review of the decision on appeal by the <u>California Supreme Court</u> (e.g., a Petition for Review), please answer the following:
    (a) Result: DENIED
    (b) Date of result, case number and citation, if known: July-19-2007
        S149522
    (c) Grounds raised: MISCONDUCT ON PROSECUTOR COMMITTED IN ARGUMENT, AND ENHANCEMENTS.

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

    (a) Result: Denied;

    (b) Date of result, case number and citation, if known:

        July-19-2007 (S149522)

    (c) Grounds raised: THE PROSECUTOR COMMITTED MISCONDUCT IN ARGUMENT; AND ENHANCEMENTS...

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
   ☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) <u>California Superior Court</u> Case Number:

    (b) Nature of proceeding:

    (c) Grounds raised:

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes ☐ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
   ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

    (a) <u>California Court of Appeal</u> Case Number:_____

    (b) Nature of proceeding: _____

    (c) Grounds raised:

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) <u>California Supreme Court</u> Case Number:_____

    (b) Nature of proceeding: _____

    (c) Grounds raised:

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your first federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed?
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: THE PROSECUTOR COMMITTED MISCONDUCT IN ARGUMENT BY MISSTSTING THE LAW OF ASSAULT, AND TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO OBJECT, THE ERROR WAS PREJUDICIAL AS TO THE CHARGE OF ASSAULT ON GONZALES.

Supporting **FACTS** (state *briefly* without citing cases or law)

(A). THE Prosecutor's Argument the Gun Need not Be Loaded for an Assault..

(B). No Objection Was Required, if an Objection was Required Appellant was Denied Effective Assistance of Counsel by Failure to Object...

(C). The Error was Prejudicial...

Did you raise GROUND ONE in the California Supreme Court?
☒ Yes ☐ No.

(b) **GROUND TWO**: APPELLANT WAS DENIED DUE PROCESS OF LAW BY IMPOSITION OF AN INCREASED TERM OF IMPRISONMENT IN VIOLATION UNITED STATES CONSTITUTIONAL:

Supporting **FACTS** (state *briefly* without citing cases or law):

The trial court imposed upper term as to the gun enhancement..

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

(c) **GROUND THREE**:

Supporting FACTS (state *briefly* without citing cases or law):

NONE.

Did you raise GROUND THREE in the California Supreme Court?
☐ Yes ☐ No.

(d) **GROUND FOUR:**

Supporting FACTS (state *briefly* without citing cases or law):

NONE.

Did you raise GROUND FOUR in the California Supreme Court?
☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court: _____
   (b) Case Number: _____
   (c) Date action filed: _____
   (d) Nature of proceeding: _____
   _____

   (e) Grounds raised:
   _____
   _____
   _____
   _____
   _____

   (f) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing:

   (b) At arraignment and plea:

   (c) At trial:

   (d) At sentencing:

   (e) On appeal:

   (f) In any post-conviction proceeding:

   (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
*April-17-2008*

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Date *April-17-2008*     *June thepsombandith*
         (DATE)                              SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)

-11-

::ODMA\PCDOCS\WORDPERFECT\22833\1

June thepsombandith,#E-12479
Centinela state prison.
C-1-111,P.O.BOX-921.
Imperial,calif.92251-921.

united states distrcit court,
southern dictrict of california.

june theposombandith,
    petitioner

v.

v.m.almager, warden,
    respondent.

Civil No 07-2248 BEN (RBB)

---

Petitioner,state priosner filed a federal writ of habeas corpus pursuant to 28 U.S.C. £ 2254, but this prison failed to send the money to the federal court,this prison has a thing not to do what is right and most inmates is dealing on (1) year statute of limitations...
on this writ i will send the (5)-dollars with this form to file this writ and i would like to know when this form reach the courts.....

P.S Attention cleeK, this trust office and mail Room has Impede for the past 8 months on the filing of these farms...

june thepsombandith
Date April-17-2008

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED JUL 1 2008**

**I (a) PLAINTIFFS**

June Thepsombandith

**DEFENDANTS**

V. M. Almager (Warden)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

June Thepsombandith
P.O. Box 921
Imperial, CA 92251-921
E-12479

**ATTORNEYS (IF KNOWN)**

'08 CV 1172 JLS PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

FILING FEE PAID YES ✓ No
IFP MOTION FILED No
COPIES SENT TO

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USCR81 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $** _____ Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE July 1, 2008

TAC # 152511  7/2/08  $5.00

SIGNATURE OF ATTORNEY OF RECORD

CR

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 152511      - TC

July 02, 2008
11:18:11

**Habeas Corpus**
USAO #.: 08CV1172
Judge..: JANIS L. SAMMARTINO
Amount.:                    $5.00 OC
Check#.: 189-069860

Total--> $5.00

FROM: JUNE THEPSOMBANDITH
      VS.
      V.M. ALMAGER